· Before STATE INDUSTRIAL BOARD, Respondent.

NICK ZANNER, Respondent, v. JOSEPH LIPKOFF and Another, Appellants.

Appeal from an award of the State Industrial Board.*

PER CURIAM. In opposition to the former motion the appellants submitted among other papers a decision of the Board rescinding a former award, which we construed as meaning the award from which the appeal was taken. It now appears that the award so rescinded was probably a former award to a doctor, which award is unrelated to this appeal.· A reargument of the motion is, therefore, granted. Motion for reargument granted.

---

Before STATE INDUSTRIAL BOARD, Respondent. GERTRUDE AYERS, Respondent, v. DUNN PEN AND PENCIL COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. AUGUST BAUER, Respondent, v. FISHER & VOORHEIS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ANDRO BRATOVICI, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. AUGUSTINA CHIGINONE, Respondent, v. AMERICAN BRICK CORPORATION, Appellant, and Another.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. SAMUEL CHRISTIE, Respondent, v. RADIO CORPORATION OF AMERICA and Another, Appellants.— Settled.

Before STATE INDUSTRIAL BOARD, Respondent. LEE COLLINS, Respondent, v. NICK McKENNA and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. PATRICK CONBOY, Respondent, v. CLOUGH-BOURNE CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. TESSIE DEMPSEY and Another, Respondents, v. JAMES BUTLER, INC., and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that at the time of the accident the mother and sister of the deceased employee were not dependent upon him for support. All concur.

---

* See 216 App. Div. 779.— [REP.